■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER R. TAYLOR, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that a reversal is required because pretrial publicity deprived him of a fair trial *(see, People v Pepper,* 59 NY2d 353). Defendant's claim that it was reversible error to deny his request for public funds to conduct a survey for the purpose of making an application for a change of venue is without merit. Defendant failed to demonstrate that an impartial jury could not be impaneled *(see,* CPL 230.20 [2]; 255.20 [3]; *People v Parker,* 60 NY2d 714; *People v DiPiazza,* 24 NY2d 342; *People v Simmons,* 132 AD2d 1009). We have reviewed defendant's remain-

ing claims and find them lacking in merit. (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.— murder, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.